371 A.2d 239
Commonwealth v. Roy, Appellant.

 Submitted
June 9, 1975. Theodore R. Lewis, for appellant; Allan
B. Goodman, Assistant District Attorney, and Charles H.
Spaziani, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant was sentenced to
nine to eighteen months' imprisonment for his fifth of-
fense of driving while under suspension. This was in
excess of the maximum allowable sentence. Act of Dec.
2, 1971, P.L. 591, No. 157, § 1, 75 P.S. § 601(a) (Supp.
1976). Accordingly, the judgment of sentence is vacated,
and the case is remanded for resentencing.